UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENG VANG (A-023-768-547),<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 1:26-cv-02996-DC-JDP (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 25) |

Petitioner, an immigration detainee, filed this amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 4.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) On July 8, 2026, Respondents filed objections to the findings and recommendations, merely stating that they object "[f]or the reasons set forth in Respondents' previously filed briefings, ECF Nos. 9, 15, 21." (ECF No. 26.) On July 21, 2026, Petitioner filed a response to those objections incorporating his prior arguments. (ECF No. 27.) Respondents' arguments were addressed and rejected by the magistrate judge and by the undersigned in this case and in other cases. (*See* ECF Nos. 12, 20, 23, 25.) Thus, Respondents' objections do not provide a basis upon which to reject the findings and

recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2026 (ECF No. 25), are ADOPTED;

2. Petitioner Teng Vang's (A-023-768-547) first amended petition for a writ of habeas corpus (ECF No. 4) is GRANTED;

3. The preliminary injunctive relief previously granted (ECF No. 23) is made permanent;

4. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal, and Petitioner receives notice of that final order of removal; and

5. The Clerk of the Court is ordered to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge